PHILLIP A. TALBERT
United States Attorney
JENELLE WALDEN
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN ISAIAH PHILLIPS,<br><br>Defendant. | Case No. 5:24-po-00254-CDB<br><br>[Citation #E1389695, CA14]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jenelle Walden, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00254-CDB against JORDAN ISAIAH PHILLIPS [Citation #E1389695, CA14], without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 19, 2024                    Respectfully submitted,

                                                    PHILLIP A. TALBERT
                                                    United States Attorney

                                       By:    /s/ *Jenelle Walden*
                                                        JENELLE WALDEN
                                                        Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a), Fed. R. Crim. P., that Case No. 5:24-po-00254-CDB [Citation #1389695, CA14] against JORDAN ISAIAH PHILLIPS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 7, 2025**                    _____
                                                UNITED STATES MAGISTRATE JUDGE